In re Stewart, Albert, Jr.; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of East Baton Rouge, 19th Judicial District Court, Div. “K”, Nos. 1-90-487,12-89-321; to the Court of Appeal, First Circuit, No. KW96 2110.
Denied. La.Code Crim.Proc. art. 930.8; State ex rel. Glover v. State, 93-2330 (La. 9/5/95); 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La. 10/13/95), 661 So.2d 480, La.Code Crim.Proc. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La. 1/12/96); 665 So.2d 1172.
TRAYLOR, J., not on panel.